# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD ANTHONY MAYE,** | : | |
| Plaintiff | : | No. 1:21-CV-0530 |
| | : | |
| v. | : | **Magistrate Judge Schwab** |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS, CORRECTIONS OFFICER LINKOWICZ, UNIT MANAGER JAMES MARSICO, CORRECTIONS OFFICER LYNCH, LIEUTENANT STARK, LIEUTENANT AMARAL, CAPTAIN MYER, CORRECTIONS OFFICER BEERS, UNIT MANAGER BART JOSEFOWICZ, CARTAIN STARZINSKI, JOHN DOE DEFENDANTS IN UNIT MANAGEMENT AT SCI DALLAS, JOHN DOE DEFENDANTS IN SECURITY AT SCI DALLAS** *and* **JOHN DOE DEFENDANTS AT SCI DALLAS,** | : : : : : : : : : : : : : : : : | **Electronically Filed Document**<br><br>*Complaint Filed 03/23/21* |
| Defendants | : | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendants Pennsylvania Department of Corrections, former Unit Manager Josefowicz, Lieutenant Starck, Corrections Officer Lynch, Captain Meyer, former Unit Manager Marsico, Corrections Officer Linkiewicz, former Captain Starzynski and former Lieutenant Amaral in the above-captioned matter.

                              **Respectfully submitted,**

                              **JOSH SHAPIRO**
                              **Attorney General**

**By:** *s/ Mary Katherine Yarish*
         **MARY KATHERINE YARISH**

**Office of Attorney General**      **Deputy Attorney General**
**15th Floor, Strawberry Square**  **Attorney ID #328843**
**Harrisburg, PA 17120**
**Phone: (717) 783-6315**          **KAREN M. ROMANO**
                                      **Chief Deputy Attorney General**
[myarish@attorneygeneral.gov](mailto:myarish@attorneygeneral.gov)    **Civil Litigation Section**

**Date:   May 5, 2021**             *Counsel for Defendants Pennsylvania Department of Corrections, Josefowicz, Starck, Lynch, Meyer, Marsico, Linkiewicz, Starzynski and Amaral*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD ANTHONY MAYE,** | : | |
| **Plaintiff** | : | No. 1:21-CV-0530 |
| | : | |
| v. | : | Magistrate Judge Schwab |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS, CORRECTIONS OFFICER LINKOWICZ, UNIT MANAGER JAMES MARSICO, CORRECTIONS OFFICER LYNCH, LIEUTENANT STARK, LIEUTENANT AMARAL, CAPTAIN MYER, CORRECTIONS OFFICER BEERS, UNIT MANAGER BART JOSEFOWICZ, CARTAIN STARZINSKI, JOHN DOE DEFENDANTS IN UNIT MANAGEMENT AT SCI DALLAS, JOHN DOE DEFENDANTS IN SECURITY AT SCI DALLAS** *and* **JOHN DOE DEFENDANTS AT SCI DALLAS,** | : : : : : : : : : : : : : : : : | Electronically Filed Document

*Complaint Filed 03/23/21* |
| **Defendants** | : | |

## CERTIFICATE OF SERVICE

I, Mary Katherine Yarish, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on May 5, 2021, I caused to be served a true and correct copy of the foregoing document titled Entry of Appearance to the following:

**VIA ECF**

Leonard M. Gryskewicz, Jr., Esquire
Lampman Law
2 Public Square
Wilkes-Barre, PA  18701
lenny@lampmanlaw.com
*Counsel for Plaintiff*

                                           *s/ Mary Katherine Yarish*
                                         **MARY KATHERINE YARISH**
                                         Deputy Attorney General