IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD ANTHONY MAYE, | : | **Civil No.: 1:21-CV-00530** |
| | : | |
| Plaintiff, | : | (Judge Mariani) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### THIRD AMENDED CASE MANAGEMENT ORDER
August 17, 2022

Following a status conference with counsel in this matter, and upon agreement of the same, **IT IS ORDERED** that the fact discovery deadline shall be extended to October 31, 2022, with all other pretrial deadlines advanced in kind, and the following amended case management order is entered in this matter.

(1) Amendment of the Pleadings     **September 25, 2022**

(2) Close of Fact Discovery:     **October 31, 2022**

(3) Dispositive Motions and Supporting Briefs Due:     **February 21, 2023**

(4) Expert Reports Due:     By the plaintiff: **December 16, 2022**
By the defendants: **January 16, 2023**
Supplements: **February 3, 2023**

(5) Close of Expert Discovery:     **February 3, 2023**


**IT IS FURTHER ORDERED** that all other case management instructions set forth in the court's original case management order (*doc. 12*), of June 8, 2021, shall remain in full force and effect, except as modified herein.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge