IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD ANTHONY MAYE, | : | **Civil No.: 1:21-CV-00530** |
| | : | |
| Plaintiff, | : | (Judge Mariani) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| PENNSYLVANIA DEPARTEMENT OF CORRECTIONS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER
August 17, 2022

Following a telephone conference with counsel in this matter, and upon agreement of the same, **IT IS ORDERED** that on or before **November 15, 2022**, the parties shall submit a joint letter report regarding the status of their settlement discussions and whether the parties believe that this case should be referred to a settlement officer, to the undersigned, at my Chambers email address of Magistrate_Judge_Schwab@pamd.uscourts.gov. The parties are reminded that all discussions related to settlement shall remain confidential. See M.D. Pa. L.R. 16.9.4 (b).

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge