IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD ANTHONY MAYE,**<br>        **Plaintiff** | : No. 1:21cv530<br>:<br>: (Judge Munley) |
| v. | : |
| **PENNSYLVANIA DEPARTMENT**<br>**OF CORRECTIONS, ET AL.,**<br>        **Defendants** | :<br>:<br>: |

## ORDER OF DISMISSAL

Upon notice to the court by the settlement officer, United States Magistrate Judge William I. Arbuckle, that the above-captioned case has settled, it is hereby **ORDERED** that this case is **DISMISSED** without costs. The parties will have sixty (60) days in which to consummate the settlement. The Clerk of Court is directed to close this case.

Date: 5/6/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court