IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD ANTHONY MAYE,<br>**Plaintiff** | No. 1:21cv530 |
| | (Judge Munley) |
| v. | |
| PENNSYLVANIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br>**Defendants** | |

## ORDER

**AND NOW,** to wit, this 28 day of June 2024, upon consideration of Plaintiff Edward Anthony Maye's motion to extend deadline to consummate settlement (Doc. 63) filed with the concurrence of the defendants, it is hereby **ORDERED** that the motion is **GRANTED** and the parties shall have an additional sixty (60) days to finalize settlement of this matter.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court